CENTRAL BUILDING AND LOAN ASSOCIATION *v.* BARKER.

[No. 15,013. Filed November 2, 1933. Motion to set aside dismissal denied February 7, 1934.]

*Ora D. Davis* and *Charles D. Hunt,* for appellant.

*Ernest E. Cummings,* for appellee.

KIME, C. J.—This is an attempted vacation appeal from a final judgment which was rendered on March 27th, 1933. This case has remained upon the docket, of this court, for more than ninety days and no attempt has been made to obtain service upon the appellee. The appellee has entered a special appearance for the purpose of filing a motion to dismiss and such motion is now sustained under rule 36 of this court.